UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| RENEE COWIE and STEPHEN COWIE, | ) | |
|---|---|---|
| *Plaintiffs,* | ) | |
| v. | ) | No. 1:07-cv-63 |
| | ) | *Edgar / Carter* |
| STATE FARM FIRE & CASUALTY COMPANY, | ) | |
| *Defendant.* | ) | |

**ORDER**

This matter is before the court for consideration of the Report and Recommendation entered by United States Magistrate William Carter on February 19, 2008. [Court Doc. No. 111]. No parties have filed timely objections to the Report and Recommendation. *See* 28 U.S.C. § 636.

Magistrate Carter concluded that a motion to intervene filed by Grange Mutual Casualty Company ("Grange") should be denied. [Court Doc. No. 107]. Grange filed its motion on January 24, 2008. Defendant State Farm Fire and Casualty Company ("State Farm") opposed Grange's motion because trial is scheduled in this action on May 12, 2008. This court has already continued the trial date once, and by allowing Grange to intervene at this late date, the parties in this action would be forced to delay this matter yet again. Magistrate Carter concluded that granting Grange's motion would prejudice the parties by injecting a new issue of negligence into this case. Further, Magistrate Carter determined that Grange may assert its claim against the parties in a separate state court action. This court agrees with Magistrate Carter's assessment.

1

The court has carefully reviewed the matter, as well as the arguments of the parties. The court **AGREES** with Magistrate Carter's recommendation. The court hereby **ACCEPTS** the **Report and Recommendation** in its entirety.

SO ORDERED.

ENTER this the 17th day of March, 2008.

                                     */s/ R. Allan Edgar*
                                     R. ALLAN EDGAR
                             UNITED STATES DISTRICT JUDGE