UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

RENEE COWIE and STEPHEN COWIE, )
)
    *Plaintiffs*, )
v. ) No. 1:07-cv-63
) *Edgar / Carter*
STATE FARM FIRE & CASUALTY )
COMPANY, )
)
    *Defendant.* )

**ORDER**

Defendant State Farm Fire and Casualty Company ("State Farm") has moved for a default judgment on its declaratory judgment claim pursuant to Federal Rule of Civil Procedure 55 and for a dismissal of the Plaintiff's breach of contract claim for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). [Court Doc. No. 119]. This court ordered Plaintiffs Renee Cowie and Stephen Cowie to show cause why their action against State Farm should be dismissed. *See* [Court Doc. No. 121]. Plaintiffs have failed to respond to the court's order in any way.

Therefore, in accordance with Federal Rule of Civil Procedure 41(b), the court hereby **DISMISSES** the Plaintiffs' claim against State Farm for lack of prosecution.

The **CLERK** is **DIRECTED** to serve a copy of this order to the Plaintiffs at the

1

following address:

>Renee and Stephen Cowie
>2044 Kingswood Drive
>Flint, MI 48507

SO ORDERED.

ENTER this the 9th day of May, 2008.

>_/s/ R. Allan Edgar_
>R. ALLAN EDGAR
>UNITED STATES DISTRICT JUDGE